G. Thomas Martin, III, Esq. (SBN 218456)
Darin Shaw, Esq. (SBN 251037)
**PRICE LAW GROUP APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com
Attorneys for Plaintiff,
AKELA MOORE

ELIZABETH E. FRANKLIN, CSB 88377
ATTORNEY AT LAW
333 N. Canyons Parkway, Suite 200
Livermore, CA 94551
Telephone: (925) 960-4764
Facsimile: (925) 960-4880
Email: efranklinlaw@gmail.com
Attorney for Defendant PERFORMANT
 RECOVERY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKELA MOORE,** | Case No.:  3:14-cv-03012-JC |
| **Plaintiff,** | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)** |
| vs. | |
| **PERFORMANT RECOVERY, INC., et al.** | Complaint served:       7/9/14<br>Current response date:   7/30/14<br>New response date:        8/30/14 |
| **Defendants.** | |

It is hereby stipulated by and between Plaintiff AKELA MOORE and Defendant PERFORMANT RECOVERY, INC., through and by their respective counsel of record

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

(L.R. 6-1) – CASE NO. 3:14-cv-03012-JC

herein that PERFORMANT RECOVERY, INC. has an extension of time to file a responsive pleading to the Complaint in the above titled action up to and including August 30, 2014.

//

Dated:  July 16, 2014

                    Respectfully submitted,

                    */s/ Elizabeth E. Franklin*

                    ELIZABETH E. FRANKLIN, SBN 88377
                    ATTORNEY AT LAW
                    Attorney for Defendant

Dated:  July 16, 2014

                    Respectfully submitted,

                    */s/ By: /G. Thomas Martin*
                    G. Thomas Martin, Esq.
                    Attorney for Plaintiff

Dated: 7/21/14

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

(L.R. 6-1) – CASE NO. 3:14-cv-03012-JC