Rory C. Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com
Attorneys for Plaintiff,
AKELA MOORE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AKELA MOORE,

    Plaintiff,

  vs.

PERFORMANT RECOVERY, INC.;
DOES 1 - 10, inclusive,

    Defendants.

) Case No. 3:14-cv-03012 JCS
)
)
) [~~PROPOSED~~] ORDER OF
) DISMISSAL WITH PREJUDICE
) BETWEEN PLAINTIFF AND
) DEFENDANTS PERFORMANT
) RECOVERY, INC.; DOES 1 - 10,
) inclusive.
)
)
)

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff AKELA MOORE against Defendant PERFORMANT RECOVERY, INC.; DOES 1 - 10, inclusive are dismissed, with prejudice. Plaintiff AKELA MOORE and Defendants PERFORMANT RECOVERY, INC., DOES 1-10, shall each bear their own costs and attorneys' fees.

Date: 10/20/14

_____
Hon. Joseph C. Spero
United States Magistrate Judge,
Northern District of California

PROPOSED ORDER 3:14-cv-03012 JCS